DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATIONAL SURGICAL CENTERS OF AMERICA, LLC** and **PROSPIRA FLORIDA, LLC,**
Appellants,

v.

**DENISE HARTSOOK,**
Appellee.

No. 4D18-1650

[December 13, 2018]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562017CA001807.

Mark E. Zelek, Dalisi O. Carrasco and Carlotta J. Roos of Morgan, Lewis & Bockius LLP, Miami, for appellants.

Cathleen Scott of Scott Wagner & Associates, P.A., Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***